UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF OHIO  
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-11401 |
| | | CHAPTER 13 |
| JAMES PATTERSON, SR. | | |
| DEANA L. PATTERSON | : | JUDGE J. VINCENT AUG |
|     DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917100 | $232.91 |

Creditor(s)  
Middletown Regional Hospital  
c/o Gary H. Kaup, Esq.  
2 N. Main Street, Suite 703  
Middletown, Ohio 45042

                Respectfully submitted,

        /s/    Margaret A. Burks, Esq.  
             Margaret A. Burks, Esq.  
             Chapter 13 Trustee  
             Attorney No. OH 0030377

             Francis J. DiCesare, Esq.  
             Staff Attorney  
             Attorney No. OH 0038798

             Karolina F. Perr, Esq.  
             Staff Attorney  
             Attorney No. OH 0066193

             600 Vine Street, Suite 2200  
             Cincinnati, OH 45202  
             (513) 621-4488  
             (513) 621 2643 (Facsimile)  
             mburks@cinn13.org - Correspondence only  
             fdicesare@cinn13.org  
             kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 17, 2010.

    /s/    Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.

Middletown Regional Hospital
c/o Gary H. Kaup, Esq.
2 N. Main Street, Suite 703
Middletown, Ohio 45042

Debtor(s) Counsel
FIELD & HILL, LTD.
632 VINE STREET
SUITE 1010
CINCINNATI, OH  45202

Debtor(s)
JAMES PATTERSON, SR.
DEANA L. PATTERSON
1411 WINONA DRIVE
MIDDLETOWN, OH  45042

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Gary H. Kaup
1054 University Boulevard
Middletown, Ohio 45042